NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

DOUGLAS W. ABRUZZO,
*Petitioner,*

v.

SOCIAL SECURITY ADMINISTRATION,
*Respondent.*

2011-3218

Petition for review of the Merit Systems Protection Board in case no. CB7521100014-T-1.

## ON MOTION

Before LINN, *Circuit Judge.*

## ORDER

Douglas W. Abruzzo moves for an extension of time to file his opening brief and for leave to file a 40-page opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

For The Court

<u>DEC 2 1 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas W. Abruzzo
   Allison Kidd-Miller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK